JESSE BILLINGS, Respondent, *v.* THE FITCHBURG RAILROAD Company, Appellant.

(Argued June 23, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made September 9, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*T. F. Hamilton* for appellant.

*Joseph D. Baucus* for respondent.

Agree to affirm : no opinion.
All concur.
Judgment affirmed.